JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MCCOMB,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEDRO RANGEL; MARIA RANGEL; GLORIA CARBAJAL BERNAL; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-00915-RGK- JCG<br><br>[~~PROPOSED~~] ORDER |

**ORDER**

　　Having read the foregoing Notice of Dismissal it is hereby ordered that this case is dismissed without prejudice.

Dated: May 13, 2015　　　By: _____
　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE